UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Southern Division
Docket No. 7:10-M-1070-1

| United States Of America | ) | |
| --- | --- | --- |
| | ) | JUDGMENT |
| vs. | ) | |
| | ) | |
| Jasmine Vacola Teachey | ) | |

On August 11, 2010, Jasmine Vacola Teachey appeared before the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge in the Eastern District of North Carolina, and pursuant to an earlier plea of guilty to Driving While Impaired, Level V, in violation of 18 U.S.C. §13, NCGS. 20-138.1, was sentenced to a 12-month term of probation.

From evidence presented at the revocation hearing on March 10, 2011, the court finds as a fact that Jasmine Vacola Teachey, who is appearing before the court with counsel, has violated the terms and conditions of the probation judgment as follows:

1. Criminal conduct.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation sentence heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 5 days.

**IT IS FURTHER ORDERED** that the defendant be allowed to voluntarily surrender to the U.S. Marshal on Friday, March 11, 2011, by 2:00 p.m.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 10th day of March, 2011.

Robert B. Jones, Jr.
U.S. Magistrate Judge